No. 46, Misc. ALBRIGHT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General, for respondent.

No. 56, Misc. SMITH *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Stephen D. Martin, Jr.,* for petitioner. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for respondent.

No. 59, Misc. JONES *v.* SWENSON, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 61, Misc. MONTAGUE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Peter P. Rosato* for petitioner. *Jerome K. Karver* for respondent.

No. 62, Misc. MCLAUGHLIN *v.* BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Betty R. Brown,* Assistant Attorneys General, for respondent.

No. 67, Misc. BURTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Elizabeth Miller,* Deputy Attorney General, for respondent.

No. 68, Misc. MUELLER *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 69, Misc. SCHAKE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.